UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO BARRIOS,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>            Defendant. | CASE NO. CV 07-04236 (RZ)<br><br>JUDGMENT |

       In accordance with the Memorandum Opinion and Order filed concurrently herewith,

       IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

       DATED: April 21, 2008

                                      RALPH ZAREFSKY<br>                                UNITED STATES MAGISTRATE JUDGE